TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Barbara Grant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (OAKLAND DIVISION)

| | |
|---|---|
| Barbara Grant, *on behalf of herself and all others similarly situated*,<br><br>    Plaintiff,<br><br>  vs.<br><br>Ally Financial, Inc.,<br><br>    Defendant. | Case No.: 3:16-cv-06063-WHA<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO STAY, AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND MOTION HEARING DATE<br>AS MODIFIED<br><br>Hon. William H. Alsup |

1  The Court, having read and considered the Parties' Joint Stipulated Request to
2  Extend Time for Plaintiff to Respond to Defendant's Motion to Stay, and Continue
3  Initial Case Management Conference and Motion hearing date, and for good cause
4  shown, **IT IS HEREBY ORDERED GRANTING THE JOINT STIPULATED**
5  **REQUEST AS FOLLOWS:**
6  
7  Plaintiff shall have until February 27, 2017, to respond to Defendant's Motion
   to Stay.
8  The Initial Case Management Conference is rescheduled to March ~~15~~ 16, 2017. at 8 am.
9  The hearing on Motion hearing is rescheduled to March ~~15~~ 16, 2017. at 8 am.
10 
11 DATED: _February 13, 2017._           _____
12                                        Honorable William ~~H.~~ Alsup

2