TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Barbara Grant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (OAKLAND DIVISION)

| | |
|---|---|
| Barbara Grant, *on behalf of herself and all others similarly situated*,<br><br>    Plaintiff,<br><br>  vs.<br><br>Ally Financial, Inc.,<br><br>    Defendant. | Case No.: 3:16-cv-06063-WHA<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO STAY, AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND MOTION HEARING DATE<br>AS MODIFIED<br><br>Hon. William H. Alsup |

The Court, having read and considered the Parties' Joint Stipulated Request to Extend Time for Plaintiff to Respond to Defendant's Motion to Stay, and Continue Initial Case Management Conference and Motion hearing date, and for good cause shown, **IT IS HEREBY ORDERED GRANTING THE JOINT STIPULATED REQUEST AS FOLLOWS:**

Plaintiff shall have until February 27, 2017, to respond to Defendant's Motion to Stay.

The Initial Case Management Conference is rescheduled to March ~~15~~ 16, 2017. at 8 am.

The hearing on Motion hearing is rescheduled to March ~~15~~ 16, 2017. at 8 am.

DATED: February 13, 2017.           _____
                                    Honorable William H. Alsup

2