UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| Barbara Grant, *on behalf of herself and all others similarly situated,*<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Ally Financial, Inc.,<br><br>　　　　Defendant. | Case No.: 3:16-cv-06063-WHA<br><br>**[~~PROPOSED~~] ORDER**<br><br>APPROVING STIPULATED DISMISSAL |

Based on the Stipulation jointly filed by the Parties to the above-captioned case, it is hereby **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: April 10, 2017

_____
Hon. William Alsup
United States District Judge